IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ANTONIO MORAN,<br><br>               Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, acting through the UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE,<br><br>               Defendant. | CV 25-7-H-BMM<br><br>ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO PERPETUATE TESTIMONY FOR TRIAL |

The defendant, United States of America, seeks leave to take the deposition of Sean Black, CPA/ABV, ASA, to perpetuate his testimony for use at trial. Mr. Black is one of the United States' damages expert witnesses, and he will be out of the country from June 22 through July 3, 2026, and unavailable for trial. Good cause having been shown, IT IS HEREBY ORDERED that the United States is GRANTED leave to take the deposition of Sean Black, CPA/ABV, ASA, to perpetuate his testimony for use at trial.

DATED this 4th day of June, 2026.

_____
Brian Morris, Chief District Judge
United States District Courts