UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ANTONIO MORAN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, acting through the UNITED STATES DEPARTMENT OF AGRICULTURE FOREST SERVICE,<br><br>Defendant. | Case No. CV-25-07-H-BMM<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff as stated in Courts Order E.C.F 79, signed and dated October 2, 2026.

Dated this 2nd day of October, 2026

TYLER P. GILMAN, CLERK

By: /s/ Athena Cobb
Deputy Clerk